**In re ROTATABLE TECHNOLOGIES, LLC, Appellant.**

**No. 2015–1213.**

United States Court of Appeals, Federal Circuit.

Aug. 14, 2015.

Tarek N. Fahmi, Ascenda Law Group, PC, San Jose, CA, argued for appellant.

Sarah E. Craven, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Nathan K. Kelley, Scott Weidenfeller.

PROST, Chief Judge, NEWMAN and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**